```
 1   THAD A. DAVIS (SBN 220503)
     thad.davis@ropesgray.com
 2   ROCKY C. TSAI (SBN 221452)
     rocky.tsai@ropesgray.com
 3   ROPES & GRAY LLP
     Three Embarcadero Center, Ste 300
 4   San Francisco, California  94111-4006
     Tel:    (415) 315- 6300
 5   Fax:    (415) 315-6350

 6   HARVEY J. WOLKOFF (Subject to admission pro hac vice)
     harvey.wolkoff@ropesgray.com
 7   MARK P. SZPAK
     mark.szpak@ropesgray.com
 8   LARA A. ORAVEC
     lara.oravec@ropesgray.com
 9   ROPES & GRAY LLP
     Prudential Tower, 800 Boylston Street
10   Boston, MA  02199-3600
     Tel:    (617) 951-7606
11   Fax:    (617) 235-0215

12   Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK TURANO, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT AMERICA, INC., SONY COMPUTER ENTERTAINMENT AMERICA LLC, and SONY NETWORK ENTERTAINMENT AMERICA, INC.,<br><br>Defendants. | Case No.    4:11-cv-02206-SC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge: Hon. Samuel Conti |

WHEREAS, defendants Sony Corporation of America ("SCA"), Sony Computer Entertainment America LLC ("SCEA") (f/k/a Sony Computer Entertainment America, Inc.) and

1  Sony Network Entertainment America, Inc. ("SNEA"), as well as certain related entities
2  (collectively, the "Sony Defendants"), have been named as defendants in at least twenty-five (25)
3  putative class action lawsuits within this District, to date;
4      WHEREAS, certain of the Sony Defendants have also been named as defendants in at
5  least nineteen (19) putative class action lawsuits pending outside this District, to date;
6      WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict
7  Litigation (the "JPML") to centralize this and other matters, to which one response has been filed
8  to date, and as to which other responses, including Sony Defendants' response, are due by June 2,
9  2011;
10     WHEREAS, the current deadline for SCEA and SNEA respond to the Complaint is
11 June 1, 2011;
12     WHEREAS, the parties have agreed to the extension of time herein for the defendants in
13 the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to
14 facilitate the scheduling of this matter in coordination with the schedule for the motion before the
15 JPML;
16     NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties,
17 by and through their respective counsel, hereby stipulate as follows:
18     The deadline for the defendants to respond to the Complaint in the above-captioned action
19 is extended until and including 30 days after a consolidated complaint is filed in a multidistrict
20 litigation centralizing the above-captioned action with other matters, or if centralization is denied
21 by the JPML, then 30 days from the date of such order denying centralization.
22 ///

1  Either party may seek ex parte relief from this stipulated Order for good cause shown,
2  including, but not limited to, Defendants' filing of a responsive pleading in a related case.

Dated: May 24, 2011

JEFF S. WESTERMAN
DAVID E. AZAR
MILBERG LLP

By: /s/ David E. Azar /s/ [as authorized]
    David E. Azar
    Attorneys for Plaintiff
    FRANK TURANO

Dated: May 24, 2011

HARVEY WOLKOFF
THAD A. DAVIS
ROCKY C. TSAI
ROPES & GRAY LLP

By: /s/ Rocky C. Tsai /s/
    Rocky C. Tsai

    Attorneys for Defendants
    SONY CORPORATION OF AMERICA,
    SONY COMPUTER
    ENTERTAINMENT AMERICA LLC,
    and SONY NETWORK
    ENTERTAINMENT AMERICA, INC.

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 26, 2011        By: _____
                               U.S. Dist.

*IT IS SO ORDERED*
*Judge Samuel Conti*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*